# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130903

SHAWN DEMEAN HARRIS,
      Plaintiff-Appellant,

v

                                  SC: 130903
                                  COA: 264220
                                  Wayne CC: 05-518486-AH

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the March 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

Clerk

d0821